**UNITED STATES of America, Plaintiff–Appellee**

v.

**Alberto Hernandez TORRES, Defendant–Appellant.**

**No. 14–40063 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 2, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alberto Hernandez Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Hernandez Torres has not filed a response.

During the pendency of this appeal, Hernandez Torres completed the sentence imposed upon revocation of supervised release and was released from custody. Because no additional term of supervised release was imposed, this appeal is moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir. 1987). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.